Danielle H. Moore (SBN 232480)
E-Mail: dmoore@fisherphillips.com
Bret Martin (SBN 304658)
E-Mail: bmartin@fisherphillips.com
Dennis P. Gallagher, II (SBN 301453)
E-Mail: dgallagher@fisherphillips.com
Augusta L. McCain (SBN 358182)
E-Mail: amccain@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendants
MICROSOFT CORPORATION and TIM RYDER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

STACEY ALBERT, an individual,

Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation doing business in California; TIM RYDER, an individual residing in California; and Does 1 through 50, inclusive,

Defendants.

CASE NO.: 8:25-cv-02642-MRA-DFM

Hon. District Judge Mónica Ramírez Almadani
Hon. Magistrate Judge Douglas F. McCormick

**DEFENDANT TIM RYDER'S NOTICE AND MOTION TO DISMISS PURSUANT TO FRCP RULE 12(B)(6)**

*[Concurrently filed with Memorandum of Points and Authorities; Declaration of Bret Martin; and (Proposed) Order]*

Date: February 2, 2026
Time: 1:30 p.m.
Courtroom: 9B

Complaint Filed: November 5, 2025
Trial Date: None Set

**TO ALL PARTIES AND RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 2, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Monica Ramirez Almadani in the above-entitled court, located at Ronald Reagan Federal Building and United States Courthouse, Santa Ana, Courtroom 9B, 9th Floor, Defendant TIM RYDER ("Ryder") will and hereby does move this Court pursuant to Federal Rules of Civil Procedure 12(b)(6) for an order dismissing all claims against Ryder on the following grounds:

1. Ryder cannot be held personally liable under Plaintiff's first, third, fourth, fifth, and sixth claims.
2. Plaintiff's Complaint fails to state facts sufficient to constitute a claim against Ryder.
3. Plaintiff's claims are barred by the applicable statute of limitations.
4. Plaintiff's claims based on the California Fair Employment and Housing Act ("FEHA") are barred due to a failure to exhaust administrative remedies as to Ryder.

This Motion is made following the good faith efforts to meet and confer pursuant to L.R. 7-3 which took place on December 17, 2025. This Motion is supported by this Notice, the accompanying Memorandum of Points and Authorities, Declaration of Bret Martin, including all exhibits attached thereto, the pleadings on file herein, and on such oral and documentary evidence that may be presented at the time of the hearing on this matter.

Dated: December 24, 2025 **FISHER & PHILLIPS LLP**

By: ______________________

Danielle H. Moore
Bret Martin
Dennis P. Gallagher, II
Augusta L. McCain
Attorneys for Defendants
MICROSOFT CORPORATION and TIM RYDER

**PROOF OF SERVICE**
(CCP §§1013(a) and 2015.5)

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of San Diego with the law offices of Fisher & Phillips LLP and its business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On the below date, I served the following document(s) **DEFENDANT TIM RYDER'S NOTICE AND MOTION TO DISMISS PURSUANT TO FRCP RULE 12(B)(6)** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Stacey Albert
P.O. Box 7031
Newport Beach, CA 92658
(415) 857-3730
Sa-vs-msft.2025@proton.me

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on December 24, 2025, at San Diego, California.

Kelly Chavez By: [signature]
Print Name Signature